UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 22, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSE PEDRO NAVA,

        Defendant.

Case No.  2:24-mj-00008-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE PEDRO NAVA,

Case No.  2:24-mj-00008-DB, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the

following reasons:

          Release on Personal Recognizance

  X  Bail Posted in the Sum of $ 50,000.00.

       X    Unsecured Appearance Bond $  50,000.00.

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 22, 2024 at 2:15 p.m.

        By:  _____

           Magistrate Judge Jeremy D. Peterson